U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Ron Toma
v.
Signatures Network, Inc;
Universal Music Group, Inc.; and
Motley Crue, Inc.

Case Number:
FILED: JUNE 17, 2008
08CV3479
JUDGE COAR
MAGISTRATE JUDGE KEYS
TG

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Ron Toma

| NAME (Type or print) |
| --- |
| Lawrence E. Thompson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Lawrence E. Thompson |
| FIRM |
| The Thompson Law Office, P.C. |
| STREET ADDRESS |
| 831 S. State Street |
| CITY/STATE/ZIP |
| Lockport, IL 60441 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6279547 | 815-838-6033 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐