

# THE THOMPSON LAW OFFICE, P.C.
831 South State Street
Lockport, Illinois 60441



Lawrence E. Thompson, B.S.E.E., J.D.
ILIPCounselor@comcast.net

Office: (815) 838-6033
Cell: (708) 609-0092
FAX: (815) 828-0661

June 26, 2008

**FILED**
JUN 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Michael W. Dobbins
Clerk of the Court
℅ Ms. Enjoli Fletcher, Deputy Clerk
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street – Room 2010
Chicago, IL 60604

Re: *Toma v. Motley Crue, Inc., et al.*
USDC No. 08-cv-03479

Dear Deputy Clerk Fletcher:

In response to your enclosed correspondence requesting copyright registration numbers for the copyrights referenced in the matter captioned above, these certificates were applied for on March 19, 2008 by Mr. Ron Toma. The certificates have yet to issue from the Copyright Office.

Sincerely,

Lawrence E. Thompson
THE THOMPSON LAW OFFICE, P.C.

Encl.



United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604

MICHAEL W. DOBBINS,　　　　　　　　　　　　　　　　　　　　Office of the Clerk
Clerk

June 18, 2008

Re: Toma v. Motley Crue, Inc. et al
USDC No. 08-cv-03479

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely yours,
　　　　　　　　　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk


　　　　　　　　　　　　　　　　　　　　　　　By:　　Enjoli Fletcher
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk